# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: 3:16-cv-02372-CAB-(WVG) |
|---|---|
| Plaintiff, | **ORDER ON JOINT MOTION TO DISMISS COMPLAINT IN INTERVENTION WITH PREJUDICE** [Doc. No. 97] |
| ELSA PEREZ | |
| Plaintiff-Intervenor | |
| v. | |
| PC IRON, INC., | |
| Defendant. | |

Having considered the parties' Joint Motion for Dismiss Complaint in Intervention with Prejudice, the Court hereby **GRANTS** the joint motion. [Doc. No. 97.] Accordingly, this Court **DISMISSES WITH PREJUDICE** Plaintiff-Intervenor's claims against Defendant. All parties are to bear their own attorneys' fees and costs.

It is **SO ORDERED**.

Dated: July 9, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge