UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>ELSA PEREZ<br><br>Plaintiff-Intervenor<br><br>v.<br><br>PC IRON, INC.,<br><br>Defendant. | Case No.: 3:16-cv-02372-CAB-(WVG)<br><br>**ORDER REQUESTING NEW PROPOSED PRE-TRIAL ORDER** |

On July 9, 2018, this Court dismissed Plaintiff-Intervenor's complaint in intervention brought against Defendant. [Doc. No. 99.] In light of the settlement of Plaintiff-Intervenor's individual claims, the EEOC cannot obtain any victim specific make-whole monetary relief on her behalf because such claims are now moot. *EEOC v. Waffle House, Inc.*, 534 U.S. 279, 296-97 (2002) (if a plaintiff accepts a monetary settlement "any recovery by the EEOC would be limited accordingly" and "it goes without saying that the courts can and should preclude double recovery by an individual."); *EEOC v. Goodyear Aerospace Corp.,* 813 F.2d 1539, 1543 (1987) (employee's settlement "rendered her personal claim moot."). This means the only remaining cause of action is the EEOC's request for injunctive relief.

Accordingly, the parties are hereby **ORDERED** to resubmit a proposed pretrial order by **July 17, 2018**, making the necessary changes to the appropriate sections of the previously submitted pre-trial order, including the sections titled: causes of action, elements of claim, damages and defenses; witnesses; trial exhibits; list of all deposition transcripts that will be offered at trial and; trial estimate. The parties should bear in mind that this matter will now be a bench trial. *See* 42 U.S.C § 1981(a).

It is **SO ORDERED**.

Dated: July 10, 2018

Hon. Cathy Ann Bencivengo
United States District Judge