

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission | Civil Action No.  16cv2372-CAB-WVG |
| **Plaintiff,** | |
| V. | |
| PC Iron, Inc. doing business as Pacific Coast Iron, Inc.; Does 1-10 inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court enters Judgment for the Defendant PC Iron, Inc. doing business as Pacific Coast Iron, Inc..
IT IS SO ORDERED.

Date:   11/20/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ A. Hazard

A. Hazard, Deputy